THE SECOND MUNICIPALITY OF NEW ORLEANS *v.* JEAN LAURELLE.

APPEAL from the Commercial Court of New Orleans, *Watts,* J.

*Rawle,* for the plaintiffs.

*Culbertson,* for the appellant.

SIMON, J. The clerk's certificate is exactly in the same words as that in the case of *The Second Municipality* v. *Martin,* just disposed of ; and in the absence of any statement of facts, bill of

exceptions, or assignment of errors, or of the judge's legal certificate, is insufficient to enable us to examine the case on its merits.

*Appeal dismissed.*